UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VARUZH ABRAHAMYAN,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General,<br><br>Respondent. | No. 08-71479<br><br>Agency No. A075-481-704<br><br>ORDER |

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

On September 30, 2010, the Board of Immigration Appeals reopened and terminated proceedings in this case. Consequently, there is no final order of removal currently in effect and this court lacks jurisdiction over the petition for review. *See* 8 U.S.C. § 1252(a)(1); *cf. Alcala v. Holder*, 563 F.3d 1009 (9th Cir. 2009).

**PETITION FOR REVIEW DISMISSED.**